UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GREESON, et al., | No. 2:14-cv-01775-KJM-DAD |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES DEPARTMENT OF AGRICULTURE RURAL HOUSING SERVICE, et al., | |
| Defendants. | |

On August 21, 2014, the parties filed a stipulation requesting this case be referred to the Voluntary Dispute Resolution Program (VDRP). Accordingly, this matter is referred to the court's ADR Coordinator, Sujean Park, for referral to VDRP for the convening of a VDRP session to occur as soon as possible, at which a principal with full settlement authority for each party shall appear.

DATED: August 25, 2014.

_____
UNITED STATES DISTRICT JUDGE

1