UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT GREESON, et al., | No. 2:14-CV-01775-KJM-DAD |
| Plaintiffs, | |
| v. | ORDER |
| UNITED STATES DEPT OF AGRICULTURE RURAL HOUSING SERVICE, et al., | |
| Defendants. | |

Defendant U.S. Department of Agriculture Rural Housing Service removed Sacramento County Superior Court Civil Case No. 34-2014-00164629 to this court on July 28, 2014, as provided by 28 U.S.C. § 1442; it was assigned Civil Case No. 2:14-CV-01775-KJM-DAD. ECF No. 1. The parties filed a Stipulation for Compromise Settlement, Releases, Dismissal of Claims and Entry of Judgment (the Stipulation) on January 6, 2015, ECF No. 24, which applies to all matters arising from both the state and federal cases. The court hereby APPROVES the Stipulation.

/////

/////

/////

1

1       The above-captioned matter is hereby DISMISSED WITH PREJUDICE pursuant
2 to and in accordance with the Stipulation.  The Clerk of the Court shall enter the dismissal,
3 judgment, and release on the official docket.
4       IT IS SO ORDERED.
5 DATED: January 12, 2015.

_____
UNITED STATES DISTRICT JUDGE